# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELI ZABIB, AN INDIVIDUAL,
Appellant,
vs.
MELANI SCHULTE, AN INDIVIDUAL;
THRIVE PROPERTY MANAGEMENT &
INVESTMENTS, INC., A NEVADA
CORPORATION; AND KE ALOHA
HOLDINGS, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Respondents.

No. 80174

FILED

FEB 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from an order denying a motion to set aside a default judgment and denying a first claim of exemption.[1] Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Appellant failed to file an answer to the underlying complaint and default judgments were entered against him. A year after the judgments were entered, he filed a motion to set aside the default, which was denied. On appeal, he fails to present any argument as to how the district court abused its discretion in denying the motion to set aside the default.[2] *See Cook v. Cook*, 112 Nev. 179, 181-82, 912 P.2d 264, 265 (1996) (providing that this court will not overturn a district court's denial of a

---

[1]Pursuant to NRAP 34(f)(3), we have determined that oral argument is not warranted in this appeal.

[2]To the extent appellant challenges the underlying merits of the judgments, because he did not timely appeal the judgments, we cannot consider those arguments. *See Holiday Inn Downtown v. Barnett*, 103 Nev. 60, 63, 732 P.2d 1376, 1379 (1987) (explaining that this court lacks jurisdiction to consider challenges raised regarding an order from which the party did not timely appeal).

21-04417

motion to set aside a judgment absent an abuse of discretion). He also fails to present any argument regarding the district court's denial of his claim of exemption. Absent any cogent argument, we need not consider appellant's claims. *Edwards v. Emperor's Garden Rest.*, 122 Nev. 317, 330 n. 38, 130 P.3d 1280, 1288 n. 38 (2006) (explaining that this court need not consider claims that are not cogently argued). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Eli Zabib
Law Office of Amberlea Davis
Eighth District Court Clerk